IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| DANIEL KEGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:09-cv-00435 |
| v. | ) | |
| | ) | |
| SOUTHERN CAPITAL ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This case is dismissed with prejudice and without costs to any party.

*Barbara B Crabb*

~~Hon. Stephen L. Crocker~~
~~U~~nited States District Judge

Dated: Oct. 9, 2009